**Order filed July 26, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00348-CV**
_____

**AL GIOVANNI, Appellant**

**V.**

**BOXER PROPERTIES FINANCIAL AND CURO HARWIN LLC, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1178386**

## ORDER

This is an attempted appeal. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Al Giovanni a/k/a Ali Yazdchi, has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

The appeal will be subject to dismissal without further notice, unless within **10 days** of the date of this order, appellant files a copy of the order from the local administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.